IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-02167-RBJ

MICHAEL LUCAS,

    Plaintiff,

v.

PAUL C. JOHNSON, in his official and individual capacities as President of the Colorado School of Mines,
MYLES W. SCOGGINS, in his individual capacity as former President of the Colorado School of Mines,
MARVIN L. KAY, in his official and individual capacities at Colorado School of Mines,
JAMES SPAANSTRA, in his official capacity as a Trustee of Colorado School of Mines,
RICHARD TRULY, in his official capacity as a Trustee of the Colorado School of Mines,
VICKI COWART, in her official capacity as a Trustee of the Colorado School of Mines,
STEWART BLISS, in his official capacity as a Trustee of the Colorado School of Mines,
TIMOTHY HADDON, in his official capacity as a Trustee of the Colorado School of Mines,
FRANCES M. VALLEJO, in her official capacity as a Trustee of the Colorado School of Mines, and
THOMAS JORDEN, in his official capacity as a Trustee of the Colorado School of Mines,

    Defendants.

## ORDER TO SET SCHEDULING CONFERENCE

This matter comes before the Court *sua sponte*. The parties are ordered to set an initial scheduling conference in this Court (with Judge Jackson) pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 no later than 45 days after the answer, motion to dismiss or other response to the complaint is filed. Each party's lead trial counsel shall attend the conference. The conference shall be held in Courtroom A-902, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties are directed to jointly contact Chambers by telephone at

(303) 844-4694 or by email at Jackson_Chambers@cod.uscourts.gov to obtain a scheduling conference date.

A meeting for the purposes of attempting to agree on a scheduling order and satisfying the requirements of Fed. R. Civ. P. 26(f) should be held no later than 21 days before the proposed scheduling order is tendered.  The proposed scheduling order, which should be prepared as described in the local rules, should be tendered by email no later than five days before the scheduling conference.  A copy of instructions for the preparation of a scheduling order and a form scheduling order can be downloaded from the Court's website (http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx).

DATED this 1st day of October, 2015.

BY THE COURT:

[signature: Brooke Jackson]

_____
R. Brooke Jackson
United States District Judge